JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CV 18-03447-CAS (ASx) |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] **CONSENT JUDGMENT OF FORFEITURE** |
| $27,500.00 IN U.S. CURRENCY, SEVEN ONE-OUNCE GOLD BARS, ONE 14K GOLD MEN'S RING, AND SIXTEEN SERIES EE U.S. SAVINGS BONDS, | |
| Defendants. | |

Plaintiff United States of America (the "government") and claimant Jeffrey Tashman ("Claimant") have entered into a stipulated request for the entry of this consent judgment of forfeiture resolving all interests the Claimant may have in the defendant, namely, $27,500.00 in U.S. Currency, Seven One-Ounce Gold Bars, One 14k Gold Men's Ring, and Sixteen Series EE U.S. Savings Bonds.

1

This civil forfeiture action was commenced on April 25, 2018. Notice was given and published according to law. Claimant is deemed to have filed a claim and answer in this action. No other claims or answers were filed, and the time for filing claims and answers has expired.

The Court has been duly advised of and has considered the matter. Based upon the mutual consent of the parties hereto and good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES AND DECREES** that the defendant $27,500.00 in U.S. Currency (plus all interest earned on the entirety of the currency since seizure) and the defendant Seven One-Ounce Gold Bars, are hereby forfeited to the United States, and no other rights, title or interest shall exist therein. The defendant One 14k Gold Men's Ring, and the defendant Sixteen Series EE U.S. Savings Bonds, shall be returned to Claimant.

The Court finds that there was reasonable cause for the seizure of the defendant assets and the institution of this action. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

/ / /
/ / /
/ / /
/ / /
/ / // / /
/ / /
/ / /
/ / /

Each of the parties shall bear its own fees and costs in connection with this seizure, retention and return of the defendant currency.

DATED: June 12, 2018

*[signature: Christina A. Snyder]*
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

 /s/ Frank D. Kortum
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section


Attorney for Plaintiff
UNITED STATES OF AMERICA

3